# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION

U.S.A. vs. Nazar Mikhaylovich Kriger            Docket No. 2:13-MJ-1136-1BO

### Petition for Action on Probation

COMES NOW Dewayne L. Smith, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Nazar Mikhaylovich Kriger, who, upon an earlier plea of guilty to Operating a Vehicle Under the Influence of Alcohol Greater Than .08, in violation of 36 C.F.R. § 4.23(a)(2), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on April 7, 2014, to a 14 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office.
2. The defendant shall provide the probation with access to any requested financial information.
3. The defendant shall surrender his/her North Carolina driver's license to the Clerk of this Court for mailing to the North Carolina Division of Motor Vehicles and not operate a motor vehicle on the highways of the State of North Carolina except in accordance with the terms and conditions of a limited driving privilege issued by the appropriate North Carolina Judicial Official. This condition is suspended for a term of sixty (60) days.
4. The defendant shall not go on or re-enter any National Park Service Property during the probationary term.
5. The defendant shall pay a fine of $600.00 and a special assessment of $10.00.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** After sentencing, Kriger's case was immediately transferred to the Eastern District of Virginia, and he is being supervised by U.S. Probation Officer Brett Riley. Although no violations have been reported, the supervising officer requested to modify Kriger's conditions to include alcohol treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

> The defendant shall participate in an alcohol education and/or treatment program as directed by the probation officer.

Nazar Mikhaylovich Kriger
Docket No. 2:13-MJ-1136-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the
foregoing is true and correct.

/s/Dewayne L. Smith
Dewayne L. Smith
U.S. Probation Officer
201 South Evans Street, Room 214
Greenville, NC 27858-1137
Phone: 252-758-7200
Executed On: June 23, 2014

### ORDER OF COURT

Considered and ordered this ___ day of _____, 2014, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge